James M. Duckworth, Esquire
1420 Walnut Street, Suite 1108
Philadelphia, PA 19102
(215) 735-8780



## United States District Court
## In the District of New Jersey

Nicholas Eagan

v.

New Jersey Transit Rail Operations, Inc.

Case No.: 2:25-CV-01568-JKS-AME

## AFFIDAVIT OF SERVICE

STATE OF NJ
COUNTY OF Passaic  ss

I, __PETER FELDMAN_____, being duly sworn according to law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

On __3_/_6_/_25_ at __2:48__ AM/~~PM~~, I served New Jersey Transit Rail Operations, Inc. with the following list of documents:
**Summons & Complaint**

Said service was executed at: 299 MARKET STREET, NEWARK  NEW JERSEY  07105-2245
                                        Address                    City         State        Zip

☐ Personally served.
☐ Adult family member with whom said Respondent resides.
   Name: _____ Relationship: _____
☐ Adult in charge of Respondent's residence who refused to give bame and/or relationship.
☐ Manager/Clerk of place of lodging in which Respondent resides.
☒ Agent or person in charge of Respondent's office or usual place of business.
   Name: SHERRY ISKANDER  Title: LEGAL DEPARTMENT MANAGER
☐ Other: _____

Description of person process was left with:
Sex: FEMALE  Skin: WHITE  Hair: BROWN  Age: 50'S  Height: 5'6  Weight: 145

**Non-Service:** After due search, careful inquiry and diligent attempts at the address listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s)

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Vacant  ☐ No Answer - Several Attempts
☐ Address Does Not Exist  ☐ Other _____

Service Attempts: (1) _____ (2) _____ (3) _____ (4) _____
                    Date  Time         Date  Time         Date  Time         Date  Time
Comments: _____

_____ (Signature)
On Behalf of:
Dennis Richman Services for the Professional, Inc
4 Neshaminy Interplex Drive, Suite 108,
Trevose, PA 19053
2159770303

SAAFF/P224846